| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 10 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KRISTEN SCHERTZER and BRITTANY COVELL, on behalf of themselves and all others similarly situated,

        Plaintiffs - Respondents,

 v.

BANK OF AMERICA, N.A.,

        Defendant - Petitioner.

No. 25-3487

D.C. No. 3:19-cv-00264-DMS-MSB
Southern District of California, San Diego

ORDER

The unopposed motion to stay appellate proceedings (Docket No. 13) is granted. This appeal is stayed until January 9, 2026.

Counsel for petitioner is requested to provide a status report by email to the circuit mediator (Stephen_Liacouras@ca9.uscourts.gov), copied to all counsel, by December 9, 2025. The status report should not be filed with the court.

FOR THE COURT:

By: Stephen Liacouras
Chief Circuit Mediator